194 P.3d 1193

# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

Murauskas v. Gusman . . . . . . . . . . . 29143      09/05/2008   Denied      —— Hawai‘i ——,
—— P.3d ——